No. D–1553.  IN RE DISBARMENT OF BROWN.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1120.]

No. D–1560.  IN RE DISBARMENT OF WASHINGTON.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1140.]

No. D–1561.  IN RE DISBARMENT OF FUSILIER.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1155.]

No. D–1563.  IN RE DISBARMENT OF ROBERTSON.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1155.]

No. D–1567.  IN RE DISBARMENT OF OLSEN.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1171.]

No. D–1569.  IN RE DISBARMENT OF KELLY.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1171.]

No. D–1570.  IN RE DISBARMENT OF WHEELER.  Disbarment entered.  [For earlier order herein, see *ante*, p. 1171.]

No. D–1586.  IN RE DISBARMENT OF GLASSMAN.  It is ordered that John Steven Glassman, of Tacoma, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1587.  IN RE DISBARMENT OF GENINS.  It is ordered that John Genins, of Atlanta, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1588.  IN RE DISBARMENT OF JACKSON.  It is ordered that Gregory Keith Jackson, of Southfield, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 121, Orig.  LOUISIANA *v.* MISSISSIPPI ET AL.  Motion of defendants for divided argument granted.  [For earlier order herein, see, *e. g.*, 514 U. S. 1002.]